# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| VICTORIA SNOW, Individually and As Class \| Heir of the deceased, E.G., | )<br>)<br>) |
| Plaintiff, | ) |
| vs. | ) Case No.: 6:26-cv-03002-BCW |
| HOWELL-OREGON ELECTRIC COOP., | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

COMES NOW Deborah K. Dodge of the law firm of Hall Ansley, P.C., and hereby enters her appearance as counsel for Defendant Howell-Oregon Electric Cooperative, in the above-captioned matter.

        HALL ANSLEY,
        A Professional Corporation

        By: /s/ *Deborah K. Dodge*
           DEBORAH K. DODGE
           Missouri Bar No. 44478

        3275 East Ridgeview
        Springfield, Missouri 65804
        Telephone: 417/890-8700
        Facsimile: 417/890-8855
        Email: sblair@hallansley.com

        *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 8th day of January, 2026, the foregoing instrument was electronically filed with the Clerk of the Court and served upon all counsel of record via means of the notice of electronic filing system.

                                                  HALL ANSLEY,
                                                  A Professional Corporation

                                  By: /s/ *Deborah K. Dodge*
                                          DEBORAH K. DODGE
                                          Missouri Bar No. 44478