# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| VICTORIA SNOW, Individually and As Class \| Heir of the deceased, E.G., | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No.: 6:26-cv-03002-BCW |
| HOWELL-OREGON ELECTRIC COOP., | ) ) ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

COMES NOW Steven J. Blair of the law firm of Hall Ansley, P.C., and hereby enters his appearance as counsel for Defendant Howell-Oregon Electric Cooperative, in the above-captioned matter.

        HALL ANSLEY,
        A Professional Corporation

By: /s/ *Steven J. Blair*
    STEVEN J. BLAIR
    Missouri Bar No. 52706

3275 East Ridgeview
Springfield, Missouri 65804
Telephone: 417/890-8700
Facsimile: 417/890-8855
Email: sblair@hallansley.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 8th day of January, 2026, the foregoing instrument was electronically filed with the Clerk of the Court and served upon all counsel of record via means of the notice of electronic filing system.

                HALL ANSLEY,
                A Professional Corporation

By: /s/ *Steven J. Blair*
      STEVEN J. BLAIR
      Missouri Bar No. 52706