# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## SPRINGFIELD DIVISION

VICTORIA SNOW, Individually and )
as Class I Heir of the deceased, )
E.G., )
　 )
     Plaintiff, )
v ) Case No.: 6:26-cv-03002-BCW
　 )
HOWELL-OREGON ELECTRIC, INC., )
　 )
Defendant. )

## <u>DISCLOSURE OF CORPORATION INTERESTS</u>

COMES NOW Defendant, Howell-Oregon Electric Cooperative, Inc., by and through its attorney of record, pursuant to Local Rule 7.1(a) and (b), certifies:

**Howell-Oregon Electric Cooperative, Inc. is a Missouri Corporation with its principal place of business located in West Plains, Howell County, Missouri. It is associated with Howell-Oregon Service Corporation, a Missouri Corporation, and Howell-Oregon Technologies, LLC, a Missouri limited liability company. These two companies are subsidiaries of Howell-Oregon Electric Cooperative, Inc.**

**Howell-Oregon Electric Cooperative, Inc., does not have a parent company.**

**There is no corporation known as Howell-Oregon Electric, Inc. as listed in the style of this case.**

Respectfully submitted this 6th day of March, 2026

HALL ANSLEY, P.C.

By: /s/ *Deborah K. Dodge*
      DEBORAH K. DODGE, Mo. Bar No. 44478

By: /s/ *Steven J. Blair*
      STEVEN J. BLAIR, Mo. Bar No. 52706
      3275 E. Ridgeview St.
      Springfield, MO 65804
      Telephone:    (417) 890-8700
      Facsimile:    (417) 890-8855
      E-mail: ddodge@hallansley.com
            sblair@hallansley.com

**<u>Certificate of Service</u>**

The undersigned hereby certifies that on this 6th day of March, 2026, the foregoing document was filed via electronic filing using Missouri's e-filing system along with email notification of such filing to all participants in this case.

brad@semitrucklaw.com
Bradley L. Bradshaw, M.D., J.D.
jhomeyer@semitrucklaw.com
Jenna Homeyer
300 S. John Q. Hammons Parkway, Suite 700
Springfield, MO  65806
*Attorney for Plaintiff*

*/s/ Steven J. Blair*
Attorney of Record