# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### SPRINGFIELD DIVISION

VICTORIA SNOW, Individually and )
as Class I Heir of the deceased, )
E.G., )
     )
           Plaintiff, )
v )  Case No.: 6:26-cv-03002-BCW
     )
HOWELL-OREGON ELECTRIC, INC., )
     )
Defendant. )

## JOINT PROPOSED SCHEDULING ORDER

**COMES NOW,** counsel for Plaintiff, Victoria Snow, individually and as Class I Heir of the

deceased, E.G., by and through her undersigned counsel, and Howell-Oregon Electric Cooperative,

Inc., by and through its undersigned counsel, and state to the Court as follows:

1. Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, Counsel for the parties

   conferred on March 30, 2026 to discuss the items list is said Rule.

2. As a result of the agreements reached during that conference, the parties hereby jointly

   submit the Joint Proposed Scheduling Order attached hereto as Exhibit "A."

                               BRAD BRADSHAW, M.D., J.D., L.C.
                               John Q. Hammons Building

300 S. John Q. Hammons Parkway
Suite 700
Springfield, MO 65806
(417) 333-3333; FAX (417) 889-9229

By: _____
Bradley L. Bradshaw, M.D., J.D.
Bar Number:
Iowa…….. ……………………AT0013939
Kansas…….. ………………………15801
Missouri………………….…………41683
Texas …………………………..789165
Washington………………………...56223
brad@semitrucklaw.com

By: _____
Jenna Homeyer
Bar Number:
Missouri…………………………….70130
jhomeyer@semitrucklaw.com
**_ATTORNEY FOR PLAINTIFF_**

HALL ANSLEY,
A Professional Corporation

By: /s/  Steven J. Blair
          DEBORAH K. DODGE
          Missouri Bar Number 44478
          STEVEN J. BLAIR
          Missouri Bar No. 52706
          3275 East Ridgeview
          Springfield, Missouri  65804
          Telephone:      417/890-8700
          Facsimile:      417/890-8855
          Email: ddodge@hallansley.com
          Email: sblair@hallansley.com
          _Attorneys for Defendant_