**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**SPRINGFIELD DIVISION**

| | |
|---|---|
| VICTORIA SNOW, Individually and as Class I Heir of the deceased, E.G., | ) ) ) |
| | ) |
| Plaintiff, | ) |
| v | ) Case No.: 6:26-cv-03002-BCW |
| | ) |
| HOWELL-OREGON ELECTRIC, INC., | ) |
| | ) |
| Defendant. | ) |

## DESIGNATION OF NEUTRAL

In accordance with the Notice of Inclusion, MAP General Order, and any applicable guidelines, the parties file their Designation of Neutral as follows:

NEUTRAL'S NAME:          Rodney Loomer


_____ Not on List
(*This should be marked with an "X" only if the person is not on Court's List of Neutrals but was approved by the MAP Director*)

SESSION TYPE:  __X___ Mediation _____ ADR-O


SESSION DATE AND TIME: _____ June 11th, 2026 at 10:00 a.m. __


SESSION LOCATION: _____ Turner, Reid, Duncan, Loomer & Patton, P.C.; 1355 East

Bradford Parkway, Suite A, Springfield, MO 65804 _____


MODE OF SESSION: In person: __X___ Virtual: _____ Hybrid _____

 BRAD BRADSHAW, M.D., J.D., L.C.
John Q. Hammons Building

300 S. John Q. Hammons Parkway
Suite 700
Springfield, MO 65806
(417) 333-3333; FAX (417) 889-9229

By: _____
Bradley L. Bradshaw, M.D., J.D.
Bar Number:
Iowa…….. …………………….AT0013939
Kansas…….. ………………………15801
Missouri…………………..………….41683
Texas …………………………..789165
Washington……………………...56223
brad@semitrucklaw.com

By: _____
Jenna Homeyer
Bar Number:
Missouri…………………………….70130
jhomeyer@semitrucklaw.com
*ATTORNEY FOR PLAINTIFF*


HALL ANSLEY,
A Professional Corporation

By: */s/ Deborah K. Dodge* __
    DEBORAH K. DODGE
    Missouri Bar Number 44478
    STEVEN J. BLAIR
    Missouri Bar No. 52706
    3275 East Ridgeview
    Springfield, Missouri  65804
    Telephone:   417/890-8700
    Facsimile:   417/890-8855
    Email: ddodge@hallansley.com
    Email: sblair@hallansley.com
    *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of April 2026, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

By: _____
Bradley L. Bradshaw, M.D., J.D.