# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### SPRINGFIELD DIVISION

VICTORIA SNOW, Individually and )
as Class I Heir of the deceased, )
E.G., )
)
         Plaintiff, )
v ) Case No.: 6:26-cv-03002-BCW
)
HOWELL-OREGON ELECTRIC, INC., )
)
Defendant. )

## ENTRY OF APPEARANCE

COMES NOW Jenna Homeyer of Brad Bradshaw, M.D., J.D., L.C. and hereby enters her

appearance as counsel for Plaintiff Victoria Snow, in the above captioned matter.

BRAD BRADSHAW, M.D., J.D., L.C.
John Q. Hammons Building
300 S. John Q. Hammons Parkway
Suite 700
Springfield, MO 65806
(417) 333-3333; FAX (417) 889-9229

By: _____
Jenna Homeyer
Bar Number:
Missouri……………………………70130
jhomeyer@semitrucklaw.com
*ATTORNEY FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of April 2026, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

By: _____
Jenna Homeyer