**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**SPRINGFIELD DIVISION**

| | |
|---|---|
| VICTORIA SNOW, Individually and as Class I Heir of the deceased, E.G., | ) <br> ) <br> ) <br> ) |
| Plaintiff, | ) |
| v | ) Case No.: 6:26-cv-03002-BCW |
| | ) |
| HOWELL-OREGON ELECTRIC, INC., | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE FOR PLAINTIFF'S**
**INITIAL RULE 26(a)(1) DISCLOSURES**

COMES NOW, Victoria Snow, Individually and as Class I Heir of the deceased, E.G., Plaintiff, in the above-captioned action, by and through undersigned counsel, and and certifies on the 28th day of April 2026 Plaintiff's Initial Disclosures Pursuant to Fed.R.Civ.P. 26(a)(1) were served via electronic mail in PDF format to:

> DEBORAH K. DODGE
> Missouri Bar Number 44478
> STEVEN J. BLAIR
> Missouri Bar No. 52706
> 3275 East Ridgeview
> Springfield, Missouri  65804
> Telephone:   417/890-8700
> Facsimile:    417/890-8855
> Email: ddodge@hallansley.com
> Email: sblair@hallansley.com
> ***Attorneys for Defendant***

> **BRAD BRADSHAW, M.D., J.D., L.C.**
> John Q. Hammons Building
> 300 S. John Q. Hammons Parkway
> Suite 700
> Springfield, MO 65806
> (417) 333-3333; FAX (417) 889-9229
>
> By: _____
> Bradley L. Bradshaw, M.D., J.D.

Bar Number:
Iowa…….. …………………….AT0013939
Kansas…….. ………………………15801
Missouri……………….……….41683
Texas …………………………..789165
Washington………………………...56223
brad@semitrucklaw.com

By: Jenna Homeyer
Jenna Homeyer
Bar Number:
Missouri…………………………….70130
jhomeyer@semitrucklaw.com
***ATTORNEY FOR PLAINTIFF***