**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**SPRINGFIELD DIVISION**

VICTORIA SNOW, Individually and )
as Class I Heir of the deceased, )
E.G., )
    )
          Plaintiff, )
v )  Case No.: 6:26-cv-03002-BCW
    )
HOWELL-OREGON ELECTRIC, INC., )
    )
          Defendant. )

## <u>CERTIFICATE OF SERVICE FOR DEFENDANT'S INITIAL RULE 26 DISCLOSURES</u>

        COMES NOW Defendant Howell-Oregon Electric, Inc., by and through their attorneys of

record, Hall Ansley, P.C., and certify that Defendant's Initial Rule 26 Disclosures were sent via

email on this 30th day of April, 2026, to the following counsel of record:

brad@semitrucklaw.com
Bradley L. Bradshaw, M.D., J.D.
jhomeyer@semitrucklaw.com
Jenna Homeyer
300 S. John Q. Hammons Parkway, Suite 700
Springfield, MO  65806
*Attorneys for Plaintiff*

                        Respectfully submitted,

                        HALL ANSLEY, P.C.

                        By: */s/ Steven J. Blair*
                           DEBORAH K. DODGE
                           Missouri Bar No. 44478
                           STEVEN J. BLAIR
                           Missouri Bar No. 52706
                           3275 East Ridgeview
                           Springfield, Missouri  65804
                           Telephone:  417/890-8700
                           Facsimile:  417/890-8855
                           Email:  ddodge@hallansley.com
                                   sblair@hallansley.com
                           *ATTORNEYS FOR DEFENDANT*