# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### SPRINGFIELD DIVISION

| | |
|---|---|
| VICTORIA SNOW, Individually and as Class I Heir of the deceased, E.G., | ) ) ) ) |
| Plaintiff, | ) |
| v | ) Case No.: 6:26-cv-03002-BCW |
| | ) |
| HOWELL-OREGON ELECTRIC, INC., | ) ) |
| Defendant. | ) |

## AMENDED DESIGNATION OF NEUTRAL

In accordance with the Notice of Inclusion, MAP General Order, and any applicable guidelines, the parties file their Designation of Neutral as follows:

NEUTRAL'S NAME:        Mark Powell

_____ Not on List
(*This should be marked with an "X" only if the person is not on Court's List of Neutrals but was approved by the MAP Director*)

SESSION TYPE: __X__ Mediation _____ ADR-O

SESSION DATE AND TIME: _____ August 6th, 2026 at 10:00 a.m._____

SESSION LOCATION: _____ Hall Ansley, P.C., 3275 E. Ridgeview Street, Springfield, MO 65804 _____

MODE OF SESSION: In person: __X__ Virtual: _____ Hybrid _____

BRAD BRADSHAW, M.D., J.D., L.C.
John Q. Hammons Building

300 S. John Q. Hammons Parkway
Suite 700
Springfield, MO 65806
(417) 333-3333; FAX (417) 889-9229

By: _____

Bradley L. Bradshaw, M.D., J.D.
Bar Number:
Iowa ....................................... AT0013939
Kansas........................................... 15801
Missouri ....................................... . 41683
Texas...........................................789165
Washington…............................. 56223
brad@semitrucklaw.com

By: _____

Jenna Homeyer
Bar                                                 Number:
Missouri ......................................... 70130
jhomeyer@semitrucklaw.com
*ATTORNEY FOR PLAINTIFF*

HALL ANSLEY,
A Professional Corporation

By: */s/ Deborah K. Dodge*
      DEBORAH K. DODGE
      Missouri Bar Number 44478
      STEVEN J. BLAIR
      Missouri Bar No. 52706
      3275 East Ridgeview
      Springfield, Missouri 65804
      Telephone: 417/890-8700
      Facsimile: 417/890-8855
      Email: ddodge@hallansley.com
      Email: sblair@hallansley.com
      *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of June, 2026, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

      */s/ Steven J. Blair*

      Steven J. Blair