# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### SPRINGFIELD DIVISION

| | |
|---|---|
| VICTORIA SNOW, Individually and as Class I Heir of the deceased, E.G., | ) ) ) ) |
| Plaintiff, | ) ) |
| v | ) Case No.: 6:26-cv-03002-BCW ) |
| HOWELL-OREGON ELECTRIC, INC., | ) ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE FOR PLAINTIFF'S INITIAL RULE 26(a)(2) EXPERT DISCLOSURES

COMES NOW, Victoria Snow, Individually and as Class I Heir of the deceased, E.G., Plaintiff, in the above-captioned action, by and through undersigned counsel, and and certifies on the 3rd day of August 2026 Plaintiff's Initial Disclosures Pursuant to Fed.R.Civ.P. 26(a)(2) were served via electronic mail in PDF format to:

DEBORAH K. DODGE
Missouri Bar Number 44478
STEVEN J. BLAIR
Missouri Bar No. 52706
3275 East Ridgeview
Springfield, Missouri  65804
Telephone:    417/890-8700
Facsimile:    417/890-8855
Email: ddodge@hallansley.com
Email: sblair@hallansley.com
*Attorneys for Defendant*

**BRAD BRADSHAW, M.D., J.D., L.C.**
John Q. Hammons Building
300 S. John Q. Hammons Parkway
Suite 700
Springfield, MO 65806
(417) 333-3333; FAX (417) 889-9229

By: _____
Bradley L. Bradshaw, M.D., J.D.

Bar Number:
Iowa…….. …………………….AT0013939
Kansas…….. ………………………15801
Missouri………………….………….41683
Texas …………………………..789165
Washington………………………...56223
brad@semitrucklaw.com

By: *Jenna Homeyer*
Jenna Homeyer
Bar Number:
Missouri…………………………….70130
jhomeyer@semitrucklaw.com
***ATTORNEY FOR PLAINTIFF***