**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| VICTORIA SNOW, Individually and as Class I Heir of the deceased, E.G., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No.: 6:26-cv-03002-BCW |
| HOWELL-OREGON ELECTRIC, INC., | ) ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the below documents were served upon Deborah K. Dodge and Steven Blair, 3275 East Ridgeview, Springfield, MO 65804; via email attachments in PDF and Word format to ddodge@hallansley.com and sblair@hallansley.com, pursuant to Fed.R.Civ.P. 33 and 34, this 3rd day of August, 2026.

1) *Plaintiff's First Interrogatories to Defendant Howell-Oregon Electric, Inc.; and,*

2) *Plaintiff's First Request for Production of Documents to Defendant Howell-Oregon Electric, Inc.*

Respectfully submitted,

**BRAD BRADSHAW M.D., J.D., L.C.**
300 S. John Q Hammons Parkway, Suite 700
Springfield, MO 65806
(417) 333-3333 ; FAX (417) 889-9229

By:_____
Bradley L. Bradshaw, M.D., J.D.
Bar Number:
Iowa…….. ………………….AT0013939
Kansas…….. ……………………15801
Missouri………………….…………41683
Texas …………………………..789165

1

Washington………………………...56223
brad@semitrucklaw.com
By:_____
Jenna Homeyer
Bar Number:
Missouri……………………………70130
jhomeyer@semitrucklaw.com

***ATTORNEYS FOR PLAINTIFF***

## Certificate of Service

The undersigned hereby certifies that the above pleading was filed with the Court's ECM System on this 3rd day of August 2026, which will automatically serve a copy upon all attorneys of record.

_____
Bradley L. Bradshaw, M.D., J.D.


_____
Jenna Homeyer

2